Judgment in a Civil Case
_____

United States District Court<br>
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| GREGORY JOHNSON | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 21-CV-1049 |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Judgment is entered in favor of the Plaintiff against the Defendant in the sum of $1,001.00 and that the costs of this action shall be entered by a separate judgment in favor of the Plaintiff and against the Defendant for an amount to be agreed between the parties, or if they are unable to agree, as determined by the Court upon application by Plaintiff.


Date: February 15, 2022                                    MARY C. LOEWENGUTH
                                                           CLERK OF COURT

                                                           By: s/ Jennifer V.
                                                                 Deputy Clerk